**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Terance P. HEALY, Petitioner**

**No. 126 MAL 2017**

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Steven CAIATI, Petitioner**

**No. 186 MAL 2017**

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Juan Pablo VAZQUEZ, Petitioner**

**No. 310 MAL 2017**

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.